UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HADEL TOMA,

        Plaintiff,

Case No. 12-13973

Honorable John Corbett O'Meara

v.

FALCON TRANSPORT,

        Defendant.
                                                           /

## ORDER OF DISMISSAL WITHOUT PREJUDICE

      Plaintiff Hadel Toma filed a civil complaint in this court September 10, 2012, alleging that she was sexually assaulted at work. However, the complaint, filed *pro se*, fails to allege federal subject matter jurisdiction. This court has jurisdiction only through 28 U.S.C. § 1331, federal question, or 28 U.S.C. § 1332, diversity of citizenship. Neither is asserted here. This court cannot act without jurisdiction; therefore, the court must dismiss the matter.

      It is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  January 31, 2013

      I hereby certify that on January 31, 2013 a copy of this order was served upon Plaintiff at 22420 Kelly Road, Eastpointe, Michigan  48021 by first-class U.S. mail.

                                            s/William Barkholz
                                            Case Manager